IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00576-DDD-SBP

KAREN STANFORD,

    Plaintiff,

v.

C.R. BARD, INC.; and
BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Strike and Motion for Summary Judgment, filed November 9, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., and against Plaintiff, Karen Stanford, on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's claims are dismissed with prejudice.

DATED at Denver, Colorado this 9th day of November, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ K Myhaver
K. Myhaver,
Deputy Clerk